UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON EDDIE MENDEZ,<br><br>Plaintiff,<br><br>v.<br><br>A. MORALES, et al.,<br><br>Defendants. | No. 2:22-cv-01084-EFB (PC)<br><br>ORDER AND FINDINGS AND RECOMMENDATIONS |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in an action brought under 42 U.S.C. § 1983. On November 3, 2022, the court informed plaintiff that he could proceed with potentially cognizable claims against defendants Morales and Raphael *or* he could file an amended complaint in an effort to also state a claim against defendant Matthews. ECF No. 5. Plaintiff has elected not to amend his complaint and to proceed only with the claims identified by the court. ECF No. 8.

Accordingly, it is ORDERED that the Clerk of the Court randomly assign a United States District Judge to this case.

Further, it is RECOMMENDED that plaintiff's claims against defendant Matthews be dismissed without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days

1