IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RAMON EDDIE MENDEZ,**<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>**A. MORALES, et al.,**<br><br>　　　　　　　　　　Defendants. | 2:22-cv-01084-KJM-EFB (PC)<br><br>**[PROPOSED]** ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR AN EXTENSION OF TIME TO FILE RESPONSIVE PLEADING |

　　　Defendants in this civil rights action request a sixty-day extension of time to respond to Plaintiff Ramon Eddie Mendez's complaint. Upon due consideration, good cause appearing, the Court **GRANTS** Defendants' request.

　　　Accordingly, Defendants' responsive pleading is due on or before **May 6, 2023**.

　　　**IT IS SO ORDERED**.

DATE: March 2, 2023.

　　　　　　　　　　　　　　　　　　　*/s/ Edmund F. Brennan*
　　　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

SA2023300493
65753594.docx

1

[Proposed] Order  (2:22-cv-01084-KJM-EFB (PC))