UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON EDDIE MENDEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>A. MORALES, et al.,<br><br>　　　　Defendants. | No.  2:22-cv-01084-KJM-EFB (PC)<br><br>ORDER |

　　　　Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.  Defendants move to vacate the pending dispositive motion deadline of December 8, 2023 in light of the settlement conference scheduled for January 10, 2024.  ECF No. 24.  Defense counsel represents that plaintiff agrees to defer the filing of dispositive motions until after the conference.

　　　　Good cause appearing, the motion (ECF No. 24) is GRANTED and the dispositive motion deadline is hereby VACATED.  The court will re-set the deadline should the parties fail to settle the action at the January 10, 2024 settlement conference.

　　　　So ordered.

Dated: October 23, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　　_[signature]_
　　　　　　　　　　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1