IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RAMON EDDIE MENDEZ,**<br><br>Plaintiff,<br><br>v.<br><br>**A. MORALES, et al.,**<br><br>Defendants. | 2:22-cv-01084-KJM-EFB (PC)<br><br>**[PROPOSED]** **ORDER GRANTING DEFENDANTS' REQUEST TO EXCUSE ATTENDANCE OF INDIVIDUAL WITH FULL AUTHORITY AT SETTLEMENT CONFERENCE** |

A settlement conference is scheduled in this action on January 10, 2024, at 10:00 a.m. before Magistrate Judge Jeremy D. Peterson. Defendants requested that the Court excuse the attendance of an individual with full settlement authority—the Senior Assistant Attorney General (SAAG) (or her designee)—at the settlement conference.

Upon due consideration, the Court **GRANTS** Defendants' request and excuses the SAAG's attendance at the January 10, 2024 settlement conference.

**IT IS SO ORDERED**.

Dated: November 13, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE