UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON EDDY MENDEZ,<br><br>  Plaintiff,<br><br>  v.<br><br>A. MORALES, et al.,<br><br>  Defendants. | No. 2:22-cv-01084-KJM-EFB (PC)<br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel this action brought under 42 U.S.C. § 1983. On July 9, 2024, defendants filed a motion for summary judgment. ECF No. 34. Plaintiff seeks an extension of time to file an opposition brief. ECF No. 37.

The motion for extension of time (ECF No. 37) is granted, and plaintiff shall file his opposition brief (or statement of non-opposition) on or before September 30, 2024.

So ordered.

Dated: August 5, 2024

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1