IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RAMON EDDIE MENDEZ,**<br><br>Plaintiff,<br><br>v.<br><br>**A. MORALES, et al.,**<br><br>Defendants. | 2:22-cv-01084-KJM-EFB (PC)<br><br>**ORDER**<br><br>Judge: The Honorable Edmund F. Brennan<br>Trial Date: None Set<br>Action Filed: June 24, 2022 |

Good cause appearing, Defendants' Motion to Modify the Court's Order [ECF No. 39] is **GRANTED**. The remaining pre-trial statement filing deadlines are vacated. New pre-trial dates will be set after the Court issues a ruling on Defendants' Motion for Summary Judgment, which is currently under submission.

Dated: November 27, 2024

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE