UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON EDDIE MENDEZ,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>A. MORALES, et al.,<br><br>　　　　　　　Defendants. | No.  2:22-cv-01084-KJM-EFB (PC)<br><br><br><br>ORDER |

　　　　Plaintiff proceeds without counsel in this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On February 20, 2025, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  No party has filed objections to the findings and recommendations.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case.  Having carefully reviewed the file, the court finds the core findings of fact and the recommended conclusions to be supported by the record and by proper analysis.

/////

1

     The court writes separately to note the record in the case was underdeveloped, and in the absence of objections, the record does not support plaintiff's claims. Specifically, while the court adopts the core factual findings and conclusions, it does not speculate about the extent of any harm (or not) plaintiff experienced as a result of his urinating on himself, as the record does not support a conclusion as a matter of law.

     Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 20, 2025, (ECF No. 51) are adopted in full;
2. Defendants' July 9, 2024, motion for summary judgment (ECF No. 34) is GRANTED; and
3. The Clerk of Court is directed to enter judgment in favor of defendants and close the case.

DATED: April 2, 2025.

_____
UNITED STATES DISTRICT JUDGE