UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON EDDIE MENDEZ,<br><br>                Plaintiff,<br><br>        v.<br><br>A. MORALES, et al.,<br><br>                Defendants. | No. 2:22-cv-01084-KJM-EFB (PC)<br><br><br>ORDER |

On May 12, 2025, plaintiff filed a motion for an extension of time (ECF No. 54) and a motion for an order directing staff at California State Prison, Lancaster to provide plaintiff with his property (ECF No. 55). This civil rights action was closed on April 3, 2025 following the granting of defendants' motion for summary judgment. ECF Nos. 52, 53. Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings.

Dated: June 13, 2025

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1